# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2692
LT Case No. 2013-CF-3067-B

_____

ANTHONY LAMAR BARNES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Seminole County.
William S. Orth, Judge.

Rachael E. Reese and Olivia M. Goodman, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T.
Squire, Assistant Attorney General, Daytona Beach, for Appellee.

March 12, 2024


PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____